IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STUDENT H, by and through his guardian ad litem, MOTHER H, and Mother H, on her own behalf<br><br>    Plaintiffs,<br><br>    v<br><br>BERKELEY UNIFIED SCHOOL DISTRICT, et al,<br><br>    Defendants.<br>_____/ | No C 06-2031 VRW<br><br>ORDER |

        In light of the upcoming hearing before the Office of Administrative Hearing, Special Education Division, State of California ("OAH") on October 14, 2006, the court postpones the initial case management conference scheduled for October 10, 2006, at 9:00 am.  Parties should keep the court apprised of developments in the consolidated matters of OAH No N2005070046 and OAH No N2005110745.

//

1    The case management conference is rescheduled for
2 November 7, 2006.  Parties may request further postponement if
3 appropriate to accommodate OAH proceedings.

5    SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge