1  Scott Williams (SBN#78588)
   Jennifer E. Torbohn (SBN# 191150)
2  FLYNN, WILLIAMS, WESTER & HALL LLP
   1099 E Street
3  San Rafael, CA 94901
   Telephone: 415/461-1000
4  Fax: 415/482-9939

5  Sally Coghlan McDonald (SBN #121390)
   Law Offices of Sally Coghlan McDonald
6  714 Third Ave
   San Francisco, CA 94118-3909
7  Fax/Phone (415) 386-6332

8  Attorneys for Plaintiffs,
   **Student H. and Mother H.**
9

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| STUDENT H., by and through his guardian ad litem, MOTHER H., and MOTHER H., on her own behalf,<br><br>                Plaintiffs,<br><br>     v.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT, MICHELLE LAWRENCE, individually and in her official capacity as Superintendent of the Berkeley Unified School District; KENNETH JACOPETTI, individually and in his official capacity, ALAN JOY, individually and in his official capacity, FELTON OWENS, individually and in his official capacity, ELAINE EGER, individually and in her official capacity, BERKELEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION; CALIFORNIA DEPARTMENT OF EDUCATION; and JACK O'CONNELL, in his official capacity as State Superintendent of Public Instruction for the State of California,<br><br>                Defendants. | CASE NO.:  C 06 – 02031 VRW<br><br>[PROPOSED] **ORDER GRANTING STAY PROCEEDING** |

---

[PROPOSED] ORDER GRANTING  STAY OF PROCEEDING
[CASE NO.: C 06 – 02031 VRW]

Case 3:06-cv-02031-VRW   Document 59   Filed 11/15/06   Page 2 of 2

1  The parties in this matter have stipulated to stay this lawsuit pending the outcome of the
2  Office of Administrative Hearing ("OAH") determination of compensatory education set for
3  November 20, 2006 or January 15, 2007, which ever is earlier. A copy of the parties stipulation
4  is attached hereto as Exhibit A and incorported herein. Pursuant to the Stipulation of the Parties,
5  the Court's files and records and good cause appearing,
6  IT IS SO ORDERED:
7  1.  That the proceedings in the above captioned matter be stayed until the earlier of:
8  (1) the date the decision is issued by the OAH regarding compensatory education in the
9  consolidated case matters of Student H. v. BUSD, Case Numbers N2005070046 and
10 N2005110745 before the Office of Administrative Hearings, or (2) January 15, 2007.
11
12 2.  The School District Defendant's motion to dismiss set for November 9, 2006 shall
13 be taken off calendar.  The motion may be renewed with appropriate notice once the stay is
14 lifted.
15
16 3.  The Case Management Conference Scheduled for November 7, 2006 shall be
17 taken off calendar until the stay is lifted in this matter.
18 4.  Any party may notify the Court that the stay has been lifted by filing a declaration
19 with the Court and sending appropriate notice to all parties.
20
21
22 Dated: November __15, 2006                    _____
                                                UNITED STATES DISTRICT COURT JUDGE



1
Stipulation to Stay Proceeding Pending OAH Decision
[CASE NO.: C 06 – 02031 VRW]