IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENT H, by and through his guardian ad litem, MOTHER H, and Mother H, on her own behalf<br><br>      Plaintiffs,<br><br>      v<br><br>BERKELEY UNIFIED SCHOOL DISTRICT, et al,<br>      Defendants.<br>_____/ | No C 06-2031 VRW<br><br>ORDER |

        On November 15, 2006, the court stayed the proceedings in this matter until the earlier of: 1) the date of the decision issued by the OAH regarding compensatory education in the consolidated matters of <u>Student H v BUSD</u>, Case Nos: N2005070046 and N2005110745 before the Office of Administrative Hearings; or 2) January 15, 2007.  Doc #59.

        Defendants inform the court that the OAH issued its decision and order on December 28, 2006.  Doc #63.  Defendants request that the stay be lifted and that this matter be returned to

1  the civil active list.  Id.  Plaintiffs have not opposed this
2  request.
3           Accordingly, the court ORDERS the stay lifted.  The
4  parties are to appear for a case management conference on May 8,
5  2007 at 9:00 am.

6           SO ORDERED.

8                               **VAUGHN R WALKER**
                                **United States District Chief Judge**