EDMUND G. BROWN JR.
Attorney General of the State of California
KARIN S. SCHWARTZ
Supervising Deputy Attorney General
JENNIFER A. BUNSHOFT, State Bar No. 197306
Deputy Attorney General

  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-5085
  Fax: (415) 703-5480
  Email: jennifer.bunshoft@doj.ca.gov

MARSHA A. BEDWELL, State Bar No. 094860
General Counsel
AMY BISSON HOLLOWAY, State Bar No. 163731
Assistant General Counsel
1430 N. Street, Room 5319
Sacramento, CA 95814
Telephone: (916) 319-0860
Facsimile: (916) 319-0155
aholloway@cde.ca.gov

Attorneys for Defendants California Department of
Education and Jack O'Connell

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENT H., by and through his guardian ad litem, MOTHER H., and MOTHER H., on her own behalf,<br><br>                                          Plaintiffs,<br><br>      v.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT, MICHELLE LAWRENCE, individually and in her official capacity as Superintendent of the Berkeley Unified School District, KENNETH JACOPETTI, individually and in his official capacity, ALAN JOY, individually and in his official capacity, FELTON OWENS, individually and in his official capacity, ELAINE EGER, individually and in his official capacity, BERKELEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, CALIFORNIA DEPARTMENT OF EDUCATION; and JACK O'CONNELL, in his official capacity as State Superintendent of Public Instruction for the State of California,<br><br>                                          Defendants. | Case No. C 06 - 02031 VRW<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND TO SERVE INITIAL DISCLOSURES<br><br>(Civil Local Rule 6-2)<br><br>The Honorable Vaughn R. Walker |

[Proposed] Order Granting Stipulated Request                                                       Case No. C 06 - 02031 VRW

1    Upon consideration of the parties' Stipulated Request for Order Extending Time to
2  Respond to Second Amended Complaint and to Serve Initial Disclosures and the Declaration of
3  Amy Bisson Holloway in Support of the Stipulated Request, it is hereby ORDERED that:
4    1.  The Stipulated Request for Order Extending Time to Respond to Second
5  Amended Complaint and to Serve Initial Disclosures is GRANTED;
6    2.  The deadline for the State Defendants to file a response to the Second Amended
7  Complaint is extended to July 18, 2007 and the deadline for the State Defendants to serve their
8  Federal Rule of Civil Procedure, Rule 26(a)(1) Initial Disclosures is extended to July 26, 2007.
9  **IT IS SO ORDERED.**

11  Dated: 7/5/2007 _____

*IT IS SO ORDERED*

*Judge Vaughn R Walker*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[Proposed] Order Granting Stipulated Request                    Case No. C 06 - 02031 VRW

2