Your complimentary use period has ended. Thank you for using PDF Complete.
Click Here to upgrade to Unlimited Pages and Expanded Features

1  **_____ (CSB # 70951 )**
   **_____ (CSB # 117997)**
2  **SIDEACT, MAHAN & DRISCOE**
   6701 Center Drive West, Suite 611
3  Los Angeles, California  90045
   Telephone:  (310) 410-2020
4  Facsimile:  (310) 410-2010

5  Attorneys for Defendants
   BERKELEY UNIFIED SCHOOL DISTRICT
6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENT H., by and through his guardian ad litem, MOTHER H., and MOTHER H., on her own behalf<br><br>    Plaintiffs,<br>  vs.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT, etc., et al.,<br><br>    Defendants. | Case No.:  C 06-02031 VRW<br>*(Hon. Vaughn R. Walker)*<br><br>[~~PROPOSED~~] ORDER RE: CONTINUANCE OF DISCOVERY, MOTION, PRE-TRIAL CONFERENCE AND TRIAL DATES<br><br>**PRETRIAL CONFERENCE:** February 19, 2008<br><br>**TRIAL DATE:**  None set. |

    IT IS HEREBY ORDERED THAT the litigation dates in this matter be continued as follows:

| DATE | EVENT | CONTINUED DATE |
|---|---|---|
| August 9, 2007 | Plaintiff's Motion to Quash | ~~November 9, 2007~~<br>November 8, 2007 |
| September 13, 2007 | Last day to hear Motion for Summary Judgment on related case | December 13, 2007 |

PDF Complete. Your complimentary use period has ended. Thank you for using PDF Complete. Click Here to upgrade to Unlimited Pages and Expanded Features

| | EVENT | CONTINUED DATE |
|---|---|---|
| October 31, 2007 | Discovery Cut-off | January 31, 2008 |
| January 10, 2008 | Motion Cut-off | April 10, 2008 |
| February 19, 2008 | Pre-Trial Conference | June 24, 2008 |

IT IS SO ORDERED.

DATED: July __13__, 2007

_____
The Honorable [signature] ler



GRANTED
Judge Vaughn R Walker

- 26 -