| | |
|---|---|
| 1 | GARY ROBERT GIBEAUT (CSB # 70951) |
| | NANCY MAHAN –LAMB (CSB # 117997) |
| 2 | GIBEAUT, MAHAN & BRISCOE |
| | 6701 Center Drive West, Suite 611 |
| 3 | Los Angeles, California  90045 |
| | Telephone:  (310) 410-2020 |
| 4 | Facsimile:  (310) 410-2010 |
| 5 | Attorneys for Defendants |
| | BERKELEY UNIFIED SCHOOL DISTRICT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENT H., by and through his guardian ad litem, MOTHER H., and MOTHER H., on her own behalf,<br><br>Plaintiffs,<br><br>vs.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT, etc., et al.,<br><br>Defendants. | Case No.:  C 06-02031 VRW<br>*(Hon. Vaughn R. Walker)*<br><br>[~~~~~~~~~~] ORDER  RE: CONTINUANCE OF DISCOVERY, MOTION, PRE-TRIAL CONFERENCE AND TRIAL DATES<br><br>**PRETRIAL CONFERENCE:** February 19, 2008<br><br>**TRIAL DATE:**  None set. |

   IT IS HEREBY ORDERED THAT the litigation dates in this matter be continued as follows:

| DATE | EVENT | CONTINUED DATE |
|---|---|---|
| August 9, 2007 | Plaintiff's Motion to Quash | November 9, 2007 |
| September 13, 2007 | Last day to hear Motion for Summary Judgment on related case | December 13, 2007 |

- 1 -

| DATE | EVENT | CONTINUED DATE |
|---|---|---|
| October 31, 2007 | Discovery Cut-off | January 31, 2008 |
| January 10, 2008 | Motion Cut-off | April 10, 2008 |
| February 19, 2008 | Pre-Trial Conference | June 24, 2008 |

The clerk shall terminate the pending motions to dismiss at docket numbers 46. 47 and 56.

IT IS SO ORDERED.

DATED: ~~July _____, 2007~~

     5 September 2007

The Honorable Vaughn R. Walker