GARY ROBERT GIBEAUT (CSB # 70951 )
NANCY MAHAN –LAMB (CSB # 117997)
GIBEAUT, MAHAN & BRISCOE
6701 Center Drive West, Suite 611
Los Angeles, California  90045
Telephone:  (310) 410-2020
Facsimile:  (310) 410-2010

Attorneys for Defendants
BERKELEY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENT H., by and through his guardian ad litem, MOTHER H., and MOTHER H., on her own behalf<br><br>Plaintiffs,<br><br>vs.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT, etc., et al.,<br><br>Defendants. | Case No.: C 06-02031 VRW<br>*(Hon. Vaughn R. Walker)*<br><br>[PROPOSED] ORDER RE: CONTINUANCE OF DISCOVERY, MOTION, PRE-TRIAL CONFERENCE AND TRIAL DATES<br><br>**PRETRIAL CONFERENCE:**<br>**June 24, 2008**<br><br>**TRIAL DATE:**  None set. |

IT IS HEREBY ORDERED THAT the litigation dates in this matter be continued as follows:

| DATE | EVENT | CONTINUED DATE |
|---|---|---|
| November 8, 2007 | Plaintiff's Motion to Quash | January 10, 2008 |
| December 13, 2007 | Last day to hear Motion for Summary Judgment on related case | February 14, 2008 |

- 1 -

| DATE | EVENT | CONTINUED DATE |
|---|---|---|
| January 31, 2008 | Discovery Cut-off | March 31, 2008 |
| April 10, 2008 | Motion Cut-off | May 12, 2008 |
| June 24, 2008 | Pre-Trial Conference | ~~August 24, 2008~~ |

August 28, 2008
at 3:30 p.m.

IT IS SO ORDERED.

DATED:  ~~August _____, 2007~~
         9/11/2007



_____
Vaughn R. Walker