**GARY ROBERT GIBEAUT (CSB # 70951)**
**NANCY MAHAN –LAMB (CSB # 117997)**
**GIBEAUT, MAHAN & BRISCOE**
6701 Center Drive West, Suite 611
Los Angeles, California 90045
Telephone: (310) 410-2020
Facsimile: (310) 410-2010

Attorneys for Defendants
BERKELEY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STUDENT H., by and through his guardian ad litem, MOTHER H., and MOTHER H., on her own behalf,<br><br>Plaintiffs,<br><br>vs.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT, etc., et al.,<br><br>Defendants. | Case No.: C 06-02031 VRW<br>*(Hon. Vaughn R. Walker)*<br><br>[PROPOSED] ORDER RE: CONTINUANCE OF DISCOVERY, MOTION, PRE-TRIAL CONFERENCE DATES<br><br>**PRETRIAL CONFERENCE:**<br>~~August 28, 2008~~<br>*November 20, 2008 at 3:30 p.m.*<br><br>**TRIAL DATE:** None set. |
|---|---|

IT IS HEREBY ORDERED THAT the litigation dates in this matter be continued as follows:

| DATE | EVENT | CONTINUED DATE |
|---|---|---|
| January 10, 2008 | Plaintiff's Motion to Quash | February 7, 2008 at 2:30 p.m. |
| February 14, 2008 | Last day to hear Motion for Summary Judgment on related case (C07-1712 VRW) | ~~April 14, 2008~~<br>*April 17, 2008 at 2:30 p.m.* |
| March 31, 2008 | Discovery Cut-off | September 29, 2008 |

- 1 -

| DATE | EVENT | CONTINUED DATE |
|---|---|---|
| May 12, 2008 | ~~Last day to hear motion:~~ ~~Motion Cut-off~~ October 16, 2008 at 2:30 p.m. | ~~October 15, 2008~~ |
| August 24, ~~2007~~ 2008 | Pre-Trial Conference | November 20, 2008 at 3:30 p.m. |

IT IS SO ORDERED.

DATED: November __27__, 2007



The Honorable Vaughn R Walker
Judge Vaughn R Walker

- 2 -