| | |
|---|---|
| 1 | **GARY ROBERT GIBEAUT (CSB # 70951)** |
| | **NANCY MAHAN–LAMB (CSB # 117997)** |
| 2 | **JOHN W. ALLEN (CSB# 137496)** |
| | **GIBEAUT, MAHAN & BRISCOE** |
| 3 | 6701 Center Drive West, Suite 611 |
| | Los Angeles, California 90045 |
| 4 | Telephone: (310) 410-2020 |
| | Facsimile: (310) 410-2010 |
| 5 | |
| 6 | Attorneys for Plaintiff, |
| | BERKELEY UNIFIED SCHOOL DISTRICT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BERKELEY UNIFIED SCHOOL DISTRICT, | ) | Case No.: C 07-01712 VRW |
| | ) | *(Hon. Vaughn R. Walker)* |
| Plaintiff, | ) | **STIPULATION TO CONTINUE HEARING DATE ON CROSS MOTIONS FOR SUMMARY JUDGMENT** |
| vs. | ) | |
| STUDENT H., by and through his guardian ad litem, MOTHER H., and MOTHER H., on her own behalf | ) | Date: June 19, 2008 |
| | ) | Time: 2:30 p.m. |
| | ) | Ctrm.: "6" |
| Defendants. | ) | |
| AND RELATED ACTION, | ) | Case No.: C 06-02031 VRW |
| STUDENT H., by and through his guardian ad litem, MOTHER H., and MOTHER H., on her own behalf | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| BERKELEY UNIFIED SCHOOL DISTRICT, etc., et al., | ) | |
| Defendants. | ) | |

– 1 –

STIPULATION TO CONTINUE HEARING DATE ON CROSS MOTIONS FOR SUMMARY JUDGMENT

WHEREAS the original date set for hearing on the parties' cross motions for summary judgment was set by the Court on April 17, 2008, and was thereafter continued by the Court, to June 19, 2008, and whereas counsel for STUDENT H., by and through his guardian ad litem, MOTHER H., is unavailable on June 19, 2008,

THE PARTIES HEREBY STIPULATE, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, to continue the hearing date from June 19, 2008 to **August 14, 2008, at 2:30 p.m., in Courtroom 6.**

IT IS FURTHER STIPULATED that the deadline for opposition briefs to the cross motions for summary judgment will be 21 days prior to the new hearing date. The deadline for reply briefs on the cross motions for summary judgment will be 14 days prior to the new hearing date.

IT IS FURTHER STIPULATED that this stipulation may be executed in counterparts.

Dated: March 31, 2008    LAW OFFICES OF KATHRYN DOBEL

By_____/s/_____
KATHRYN DOBEL
Attorneys for Defendant and Plaintiff in Related Matter, STUDENT H. by and through his Guardian ad Litem, MOTHER H.

Dated: March 31, 2008    GIBEAUT, MAHAN & BRISCOE

By_____
GARY ROBERT GIBEAUT
NANCY MAHAN-LAMB
JOHN W. ALLEN
Attorneys for Plaintiff and Defendant in Related Case, BERKELEY UNIFIED SCHOOL DISTRICT

- 2 -
STIPULATION TO CONTINUE HEARING DATE ON CROSS MOTIONS FOR SUMMARY JUDGMENT

# PROOF OF SERVICE
(§ 1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES   )

I am employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 6701 Center Drive West, Suite 611, Los Angeles, California 90045.

On April 17, 2008, I served the within **STIPULATION TO CONTINUE HEARING DATE ON CROSS MOTIONS FOR SUMMARY JUDGMENT** by placing **[x] a true and correct copy** or [ ] **the original** thereof enclosed in a sealed envelope, and addressed as set forth on the attached Service List and delivered by one or more of the means set forth below:

[x]   [*VIA MAIL*] By depositing said envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on April 17, 2008, at Los Angeles, California.

**[X] (FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
JILL M. DOOHEN

- 3 -

STIPULATION TO CONTINUE HEARING DATE ON CROSS MOTIONS FOR SUMMARY JUDGMENT

| | |
|---|---|
| 1 | MAILING LIST |
| 2 | |
| 3 | Kathryn Dobel, Esq. |
| 4 | LAW OFFICES OF KATHRYN DOBEL<br>2026 Delaware St |
| 5 | Berkeley, CA 94709 |
| 6 | TEL: (510) 548-2004<br>FAX: (510) 843-0833 |
| 7 | ***Attorneys for Plaintiffs, Student H., and Mother H.*** |
| 8 | |
| 9 | Jennifer Bunshoft, Esq.<br>Office of the Attorney General |
| 10 | 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102 |
| 11 | TEL: (415) 703-5085 |
| 12 | FAX: (415) 703-5480 |
| 13 | ***Attorneys for Defendants, California Department of Education and Jack O'Connell*** |
| 14 | |

- 4 -

STIPULATION TO CONTINUE HEARING DATE ON CROSS MOTIONS FOR SUMMARY JUDGMENT

GARY ROBERT GIBEAUT (CSB # 70951)
NANCY MAHAN –LAMB (CSB # 117997)
JOHN W. ALLEN (CSB# 137496)
GIBEAUT, MAHAN & BRISCOE
6701 Center Drive West, Suite 611
Los Angeles, California 90045
Telephone: (310) 410-2020
Facsimile: (310) 410-2010

Attorneys for Plaintiff,
BERKELEY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY UNIFIED SCHOOL DISTRICT,<br><br>Plaintiff,<br>vs.<br><br>STUDENT H., by and through his guardian ad litem, MOTHER H., and MOTHER H., on her own behalf<br><br>Defendants.<br><br>_____<br><br>AND RELATED ACTION,<br><br>STUDENT H., by and through his guardian ad litem, MOTHER H., and MOTHER H., on her own behalf<br><br>Plaintiffs,<br>vs.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT, etc., et al.,<br><br>Defendants. | Case No.: C 07-01712 VRW<br><br>*(Hon. Vaughn R. Walker)*<br><br>[PROPOSED] **ORDER CONTINUING HEARING DATE ON CROSS MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date: June 19, 2008<br>Time: 2:30 p.m.<br>Ctrm.: "6"<br><br><br><br>Case No.: C 06-02031 VRW |

– 1 –
[PROPOSED] ORDER CONTINUING HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT

1  The Court, having received the stipulation by the parties in the above-captioned
2  matter,
3  <u>HEREBY ORDERS</u> that the hearing date on the parties' cross motions for
4  summary judgment, set by the Court for hearing on June 19, 2008, IS CONTINUED to
5  August 14, 2008, at 2:30 p.m., in Courtroom 17. The opposition briefs shall be due 21
6  days prior thereto; and the reply briefs shall be due 14 days prior thereto.
7  <u>IT IS FURTHER ORDERED</u> as follows: _____

Dated: April 18, 2008

GRANTED
*Judge Vaughn R Walker*

JUDGE OF THE UNITED STATES DISTRICT COURT

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

– 2 –
[PROPOSED] ORDER CONTINUING HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT

# PROOF OF SERVICE
(§ 1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF LOS ANGELES      )

I am employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 6701 Center Drive West, Suite 611, Los Angeles, California 90045.

On April 17, 2008, I served the within **[PROPOSED] ORDER CONTINUING HEARING DATE ON CROSS MOTIONS FOR SUMMARY JUDGMENT** by placing [x] a true and correct copy or [ ] the original thereof enclosed in a sealed envelope, and addressed as set forth on the attached Service List and delivered by one or more of the means set forth below:

[x]   [*VIA MAIL*] By depositing said envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on April 17, 2008, at Los Angeles, California.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*JILL M. DOOHEN*

- 3 -

[PROPOSED] ORDER CONTINUING HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT

MAILING LIST

Kathryn Dobel, Esq.
LAW OFFICES OF KATHRYN DOBEL
2026 Delaware St
Berkeley, CA 94709
TEL:   (510) 548-2004
FAX:   (510) 843-0833
*Attorneys for Plaintiffs, Student H., and Mother H.*

Jennifer Bunshoft, Esq.
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102
TEL:   (415) 703-5085
FAX:   (415) 703-5480
*Attorneys for Defendants, California Department of Education and Jack O'Connell*