EDMUND G. BROWN JR.
Attorney General of the State of California
KARIN S. SCHWARTZ
Supervising Deputy Attorney General
JENNIFER A. BUNSHOFT, State Bar No. 197306
Deputy Attorney General

  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-5085
  Fax: (415) 703-5480
  Email: jennifer.bunshoft@doj.ca.gov

MARSHA A. BEDWELL, State Bar No. 094860
General Counsel
AMY BISSON HOLLOWAY, State Bar No. 163731
Assistant General Counsel
PAUL E. LACY, State Bar No. 180140
Deputy General Counsel
1430 N. Street, Room 5319
Sacramento, CA 95814
Telephone: (916) 319-0860
Facsimile: (916) 319-0155
aholloway@cde.ca.gov

Attorneys for Defendants California Department of
Education and Jack O'Connell

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENT H., by and through his guardian ad litem, MOTHER H., and MOTHER H., on her own behalf,<br><br>    Plaintiffs,<br><br>v.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. C 06 - 02031 VRW<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CONTINUING DISPOSITIVE HEARING CUT-OFF AND PRE-TRIAL CONFERENCE<br><br>(Civil Local Rule 6-2)<br><br>The Honorable Vaughn R. Walker |

[Prop.] Order Granting Stip. Req. for Order Cont. Disp. Mot and Pre-Trial Conf.   Case No. C 06 - 02031 VRW

1

1  Upon consideration of the parties' Stipulated Request for Order and the Declaration of
2  Jennifer Bunshoft in Support of the Stipulated Request, it is hereby ORDERED that:
3    1.  The Stipulated Request for Order Continuing Dispositive Motion Hearing Cutoff
4  and Pre-trial Conference is GRANTED;
5    2.  The dispositive motion hearing cut-off is continued from October 16, 2008 to
6  January 29, 2008, and the pre-trial conference is continued from December 11, 2008 to March
7  26, 2009.
8  **IT IS SO ORDERED.**

Dated: September 29, 2008



[Prop.] Order Granting Stip. Req. for Order Cont. Disp. Mot and Pre-Trial Conf.   Case No. C 06 - 02031 VRW

2