GARY ROBERT GIBEAUT (CSB # 70951)
NANCY MAHAN –LAMB (CSB # 117997)
JULIE A. MULLANE (CSB # 191761)
GIBEAUT, MAHAN & BRISCOE
6701 Center Drive West, Suite 611
Los Angeles, California 90045
Telephone: (310) 410-2020
Facsimile: (310) 410-2010

Attorneys for Defendants, BERKELEY UNIFIED SCHOOL DISTRICT, MICHELLE LAWRENCE, individually and in her official capacity as Superintendent of the Berkeley Unified School District; KENNETH JACOPETTI, individually and in his official capacity; ALAN JOY, individually and in his official capacity; FELTON OWENS, individually and in his official capacity; ELAINE EGER, individually and in her official capacity; and BERKELEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| STUDENT H., by and through his guardian ad litem, MOTHER H., and MOTHER H., on her own behalf<br><br>Plaintiffs,<br>vs.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT, etc., et al.,<br><br>Defendants.<br>_____<br>AND RELATED ACTION, | Case No.: C 06-02031 VRW<br>*(Hon. Vaughn R. Walker)*<br><br>**STIPULATION RE: SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE; [PROPOSED] ORDER THEREON** |

The Parties combined and through their attorneys of record hereby stipulate as follows:

WHEREAS the Parties desire to have a Settlement Conference ordered; and

WHEREAS the Parties request that the matter be referred to a Magistrate Judge within the United States District Court, Northern California;

---
1
**STIPULATION RE: SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE; [PROPOSED] ORDER THEREON**

WHEREAS the Parties need to have the Court Order a Settlement Conference before a Magistrate Judge for the following reasons:

1. Discovery was completed on September 29, 2008;
2. The parties wish to attempt to resolve the matter before incurring additional attorneys' fees and costs in connection with the filing of dispositive motions and;
3. STUDENT H. is placed presently at Perkins School for the Blind in Massachusetts.

THEREFORE it is hereby stipulated that this court through the Honorable Judge Walker order the parties to attend a Settlement Conference before a Magistrate Judge.

Dated: October 17, 2008        LAW OFFICES OF KATHRYN DOBEL

By_____
KATHRYN DOBEL
ATTORNEYS FOR PLAINTIFFS

Dated: October 17, 2008        OFFICE OF THE ATTORNEY GENERAL

By  *Jennifer Bunshoft*
JENNIFER BUNSHOFT, ESQ.
ATTORNEYS FOR DEFENDANTS,
CALIFORNIA DEPARTMENT OF
EDUCATION AND JACK O'CONNELL

Dated: October 17, 2008        GIBEAUT, MAHAN & BRISCOE

By_____
GARY ROBERT GIBEAUT
NANCY MAHAN-LAMB
OF GIBEAUT, MAHAN & BRISCOE
ATTORNEYS FOR DEFENDANT,
BERKELEY UNIFIED SCHOOL DISTRICT

WHEREAS the Parties need to have the Court Order a Settlement Conference before a Magistrate Judge for the following reasons:

1. Discovery was completed on September 29, 2008;
2. The parties wish to attempt to resolve the matter before incurring additional attorneys' fees and costs in connection with the filing of dispositive motions and;
3. STUDENT H. is placed presently at Perkins School for the Blind in Massachusetts.

THEREFORE it is hereby stipulated that this court through the Honorable Judge Walker order the parties to attend a Settlement Conference before a Magistrate Judge.

Dated: October 17, 2008          LAW OFFICES OF KATHRYN DOBEL

By _____
KATHRYN DOBEL
ATTORNEYS FOR PLAINTIFFS

Dated: October 17, 2008          OFFICE OF THE ATTORNEY GENERAL

By _____
JENNIFER BUNSHOFT, ESQ.
ATTORNEYS FOR DEFENDANTS,
CALIFORNIA DEPARTMENT OF
EDUCATION AND JACK O'CONNELL

Dated: October 17, 2008          GIBEAUT, MAHAN & BRISCOE

By _____
GARY ROBERT GIBEAUT
NANCY MAHAN-LAMB
OF GIBEAUT, MAHAN & BRISCOE
ATTORNEYS FOR DEFENDANT,
BERKELEY UNIFIED SCHOOL DISTRICT

2
STIPULATION RE: SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE; [PROPOSED] ORDER THEREON

U.S. District Court – Northern District of California
Case No. C 06-02031 VRW
[*Hon. Vaughn R. Walker*]

**PROOF OF SERVICE**
(§ 1013a, 2015.5 C.C.P.)

**STATE OF CALIFORNIA**      )
                             ) ss.
**COUNTY OF LOS ANGELES**    )

I am employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 6701 Center Drive West, Suite 611, Los Angeles, California 90045.

On October 21, 2008, I served the **STIPULATION RE: SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE; [PROPOSED] ORDER THEREON** by placing [x] **a true and correct copy** or [ ] **the original** thereof enclosed in a sealed envelope, and addressed as set forth on the attached Service List and delivered by one or more of the means set forth below:

[x]   [*VIA MAIL*] By depositing said envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   [*VIA FACSIMILE*] I caused the above-referenced document(s) to be transmitted to the-named person(s) to the telecopier number(s) set forth on attached Service List.

Executed on October 21, 2008, at Los Angeles, California.

[ ] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/ Roberta Lee
ROBERTA LEE

MAILING LIST

Kathryn Dobel, Esq.
LAW OFFICES OF KATHRYN DOBEL
2026 Delaware St
Berkeley, CA 94709
TEL: (510) 548-2004
FAX: (510) 843-0833
*Attorneys for Plaintiffs, Student H., and Mother H.*

Jennifer Bunshoft, Esq.
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
TEL: (415) 703-5085
FAX: (415) 703-5480
*Attorneys for Defendants, California Department of Education and Jack O'Connell*

Paul E. Lacy, Esq.
Office of the Attorney General
1430 N. Street, Room 5319
Sacramento CA 95814
TEL: (916) 319-0860
FAX: (916) 319-0155
*Attorneys for Defendants, California Department of Education and Jack O'Connell*

**GARY ROBERT GIBEAUT (CSB # 70951)**
**NANCY MAHAN –LAMB (CSB # 117997)**
**JULIE A. MULLANE (CSB # 191761)**
**GIBEAUT, MAHAN & BRISCOE**
6701 Center Drive West, Suite 611
Los Angeles, California 90045
Telephone: (310) 410-2020
Facsimile: (310) 410-2010

Attorneys for Defendants, BERKELEY UNIFIED SCHOOL DISTRICT, MICHELLE LAWRENCE, individually and in her official capacity as Superintendent of the Berkeley Unified School District; KENNETH JACOPETTI, individually and in his official capacity; ALAN JOY, individually and in his official capacity; FELTON OWNES, individually and in his official capacity; ELAINE EGER, individually and in her official capacity; and BERKELEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| STUDENT H., by and through his guardian ad litem, MOTHER H., and MOTHER H., on her own behalf<br><br>Plaintiffs,<br>vs.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT, etc., et al.,<br><br>Defendants.<br><br>AND RELATED ACTION, | Case No.: C 06-02031 VRW<br>*(Hon. Vaughn R. Walker)*<br>ORDER<br>[PROPOSED] RE: SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE |

Having read and considered the Stipulation signed by all parties in this matter and, GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that this matter be referred to a Magistrate Judge forthwith for a Settlement Conference.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 10/22/08

_____
THE HONORABLE VAUGHN R WALKER
UNITED STATES DISTRICT COURT JUDGE

1
[PROPOSED] ORDER RE: SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE