IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENT H, by and through his guardian ad litem, MOTHER H, and MOTHER H, on her own behalf,<br><br>        Plaintiffs,<br><br>        v<br><br>BERKELEY UNIFIED SCHOOL DISTRICT, et al,<br><br>        Defendants.<br>_____ / | No   C-06-2031 VRW<br><br>ORDER |

Upon consideration of the parties' Stipulated Request for Order, Doc #161, and the declaration of Jennifer Bunshoft in support of the stipulated request, Doc #162, it is hereby ORDERED that:

    1.   The Stipulated Request for Order Further Continuing Dispositive Motion Hearing Cutoff and Pre-trial Conference is GRANTED.

    2.   The dispositive motion hearing cut-off is continued from January 29, 2009 to April 16, 2009 and the pre-trial conference is continued from March 26, 2009 to June 18, 2009.

    IT IS SO ORDERED.

                                    _____
                                    VAUGHN R WALKER
                                    United States District Chief Judge