UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Student H, et al.,

        Plaintiffs,                      Case No. C 06-2031 VRW (JL)

     v.                               RECUSAL ORDER

Berkeley Unified School District, et al.,

        Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

This Court hereby recuses itself from hearing this matter. The Clerk shall reassign this matter forthwith to another judge.

IT IS SO ORDERED.

Dated: January 12, 2009

                                                       JAMES LARSON
                                                       Chief Magistrate Judge

United States District Court
For the Northern District of California