**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6   STUDENT H.,                              No. C06-02031 VRW (JCS)
7              Plaintiff(s),                 **NOTICE AND ORDER SETTING**
                                             **FURTHER SETTLEMENT**
8       v.                                   **CONFERENCE**
9   BERKELEY UNIFIED SCHOOL DISTRICT
10             Defendant(s).
    _____/
11
12  TO ALL PARTIES AND COUNSEL OF RECORD:
13          You are hereby notified that a Further Settlement Conference is scheduled for **March 5,**
14  **2009, at 9:30 a.m,** in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California
15  94102.  Updated confidential settlement conference statements shall be lodged with the Court by
16  **February 26, 2009**.
17          Lead trial counsel shall appear at the Settlement Conference with the parties and persons
18  having unlimited authority to negotiate and settle the case.
19          The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this
20  case settles prior to the date set for the Further Settlement Conference.  All other provisions of this
21  Court's original Notice and Settlement Conference Order remain in effect.
22          IT IS SO ORDERED.
23
24  Dated:  January 30, 2009
25                                           _____
                                             JOSEPH C. SPERO
26                                           United States Magistrate Judge
27
28