**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STUDENT H, by and through his            No   C 06-2031 VRW
guardian ad litem, Mother H, and
MOTHER H, on her own behalf,             ORDER

       Plaintiffs,

       v

BERKELEY UNIFIED SCHOOL DISTRICT,
et al,

       Defendants.
_____/

      On March 19, 2009, the parties filed a stipulated motion
to remove certain documents from public viewing.  Specifically, the
parties request that Doc #187, the parties' petition for approval
of the minor's compromise, and Doc #188, the parties' proposed
order granting the petition for approval, be removed from the
public record and filed under seal.

      As a general rule, documents filed with the court must be
open to public inspection, and courts have a "strong presumption in

favor of access."  <u>Kamakana v City and County of Honolulu</u>, 447 F3d 1172, 1178 (9th Cir 2006)(internal citations omitted).  Here, the parties have not shown that the documents are subject to protection against disclosure, and the court has no reason to deviate from the presumption in favor of access.  Accordingly, the parties' motion to remove Docs ##187-188 from public viewing is DENIED.


          IT IS SO ORDERED.


          _____

          VAUGHN R WALKER
          United States District Chief Judge

United States District Court
For the Northern District of California

**2**