1

2

3

4

5

6

7

8

9

10

11

12

13

**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STUDENT H, by and through his            No    C 06-2031 VRW
guardian ad litem, MOTHER H, and                C 07-1712 VRW
MOTHER H, on her own behalf,
                                               ORDER
          Plaintiffs,

          v

BERKELEY UNIFIED SCHOOL DISTRICT,

          Defendant.
_____/

          The parties have petitioned the court for approval of
minor plaintiff Student H's settlement with the Berkeley Unified
School District.  Doc #187.  To ensure that the distribution of the
settlement funds is fair to Student H, pursuant to FRCP 53 and with
the agreement of the parties the court appoints Judge Isabella
Horton Grant as a special master to prepare a report and
recommendation, not later than August 31, 2009, regarding
reimbursement of attorneys fees and costs incurred by Mother H

**United States District Court**
For the Northern District of California

1   during this litigation and the related administrative actions.

2   Following its receipt of Judge Grant's report and recommendation,

3   the court will issue a final order regarding distribution of the

4   settlement.

5           The fees and expenses of the special master shall be paid

6   by the parties.

7

8           IT IS SO ORDERED.

9           _____

10          VAUGHN R WALKER
            United States District Chief Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**