IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENT H, by and through his guardian ad litem, MOTHER H, and MOTHER H, on her own behalf,<br><br>    Plaintiffs,<br><br>    v<br><br>BERKELEY UNIFIED SCHOOL DISTRICT,<br><br>    Defendant.<br>_____/ | No   C 06-2031 VRW<br>       C 07-1712 VRW<br><br>ORDER |

        The parties seek clarification of the court's July 27, 2009 order, Doc #201. Doc #203. In the July 27 order, the court stated that "[t]he fees and expenses of the Special Master shall be paid by the parties." Doc #201 at 2. During the hearing on May 15, 2009, however, the court informed the parties that the fees and expenses of the Special Master would be paid out of the settlement funds. Doc #202 at 12:15-18.

The court adopts its statement from the May 15 hearing and withdraws the conflicting statement from the July 27 order. The fees and expenses of the Special Master shall be paid from the settlement funds.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge