IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENT H, by and through his guardian ad litem, MOTHER H, and MOTHER H, on her own behalf,<br><br>    Plaintiffs,<br><br>    v<br><br>BERKELEY UNIFIED SCHOOL DISTRICT,<br><br>    Defendant.<br>_____/ | No   C 06-2031 VRW<br>       C 07-1712 VRW<br><br>ORDER |

    The court has received the report and recommendation of the court-appointed special master, attached as exhibit 1. Pursuant to FRCP 53(f), the parties are directed to file any objections to the report and recommendation not later than September 30, 2009.

    IT IS SO ORDERED.

                                  VAUGHN R WALKER
                                  United States District Chief Judge