KATHRYN E. DOBEL, CSB 85530
Law Office of Kathryn E. Dobel
1700 Shattuck Avenue #77
Berkeley, CA 94709
Tele: 510-548-2004
Fax:  510-666-1315
spedlaw@comcast.net

Attorney for Student H and Mother H

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENT H., by and through his guardian ad litem, MOTHER H., and MOTHER H., on her own behalf,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION AND JACK O'CONNELL<br><br>Defendants. | Case No. C 06-02031 VRW<br><br>STIPULATION RE: DISMISSAL AND ORDER FOR DISMISSAL OF CDE DEFENDANTS |

**STIPULATION**

STUDENT H by MOTHER H and MOTHER H, Plaintiffs and CALIFORNIA DEPARTMENT of EDUCATION and JACK O'CONNELL, Defendants, hereby inform the Court by counsel that the issues raised in the causes of action between these parties in the First Amended Complaint in this case have been settled, and a dismissal with prejudice as to defendants CALIFORNIA DEPARTMENT OF EDUCATION AND JACK O'CONNELL may be entered at this time.

Dated: __November 3, 2009_____          _____/s/_____
                                                                     Kathryn Dobel for Plaintiffs

Dated ___November 3, 2009_____         _____/s/_____
                                                                     Jennifer Bunshoft for CDE Defendants

STIPULATION RE: DISMISSAL AND ORDER FOR DISMISSAL OF CDE DEFFENDANTS: C06-02031 VRW
-1-

## Order

Good cause appearing herein based on the settlement in this matter between STUDENT H by MOTHER H and MOTHER H, Plaintiffs and CALIFORNIA DEPARTMENT of EDUCATION and JACK O'CONNELL, Defendants, IT IS HEREBY ORDERED that the causes of action between these parties only in the First Amended Complaint in this case with regard to defendants CALIFORNIA DEPARTMENT OF EDUCATION AND JACK O'CONNELL be dismissed with prejudice at this time, and that defendants CALIFORNIA DEPARTMENT OF EDUCATION AND JACK O'CONNELL are hereby dismissed from this action.

Dated: November 6, 2009

_____
Honorable Vaughn R. Walker
Chief Judge of the United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Vaughn R Walker]*