|   |   |
|---|---|
| 1 | KATHRYN E. DOBEL, CSB 85530 |
| 2 | Law Office of Kathryn E. Dobel<br>1700 Shattuck Avenue #77 |
|   | Berkeley, CA 94709 |
| 3 | Tele: 510-548-2004 |
| 4 | Fax:  510-666-1315<br>spedlaw@comcast.net |
| 5 | Attorney for Student H and Mother H |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENT H., by and through his guardian ad litem, MOTHER H., and MOTHER H., on her own behalf, | Case Nos. C 06-02031 VRW<br>C 07-01712 VRW |
| Plaintiffs, | STIPULATION RE: DISMISSAL AND ORDER FOR DISMISSAL |
| vs. | |
| BERKELEY UNIFIED SCHOOL DISTRICT, etc., et al., | |
| Defendants. | |
| and related case: | |
| Berkeley Unified School District, | |
| Plaintiff, | |
| vs. | |
| STUDENT H by and through his guardian ad litem, MOTHER H. | |
| Defendant. | |

STIPULATION RE: DISMISSAL AND ORDER FOR DISMISSAL; C 06-02031 VRW;  C 07-01712- VRW

-1-

**STIPULATION**

STUDENT H by MOTHER H and MOTHER H, Plaintiffs in C 06-02031 and Defendants in C 07-01712 VRW, and BERKELEY UNIFIED SCHOOL DISTRICT, BERKELEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, MICHELLE LAWRENCE, KENNETH JACOPETTI, ALAN JOY, FELTON OWENS, AND ELAINE EGER, Defendants in C 06-02031 and Plaintiffs in C 07-01712, hereby inform the Court by counsel that the issues raised in the causes of action between these parties, as set forth in the First Amended Complaint in case number C 06-02031 VRW and in the Complaint in case number C 07-01712 VRW, have been settled, and a dismissal with prejudice as to C 06-02031 VRW and C 07-01712 VRW may be entered at this time.

Dated: March 10, 2010     _____/s/_____
                          Kathryn Elizabeth Dobel for Mother H and Student H

Dated March 10, 2010      _____/s/_____
                          Nancy Mahan-Lamb for BUSD parties
                          Gary R. Gibeaut for BUSD parties

**Order**

Good cause appearing herein based on the settlement in this matter between STUDENT H by MOTHER H and MOTHER H, Plaintiffs in C 06-02031 and Defendants in C 07-01712 VRW, and BERKELEY UNIFIED SCHOOL DISTRICT, BERKELEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, MICHELLE LAWRENCE, KENNETH JACOPETTI, ALAN JOY, FELTON OWENS, AND ELAINE EGER, Defendants in C 06-02031 and Plaintiffs in C 07-01712, IT IS HEREBY ORDERED that case numbers C 06-02031 VRW and C 07-01712 VRW be dismissed with prejudice at this time.

Dated: March 23, 2010     _____
                          Honorable V        alker
                          Chie              States District Court

STIPULATION RE: DISMISSAL AND ORDER FOR DISMISSAL, C 06-02031 VRW;  C 07-01712- VRW
-2-